|   |   |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
|   | ANNE M. ROGASKI (State Bar No. 184754) |
| 2 | MATTHEW J. MEYER (State Bar No. 284578) |
|   | 1080 Marsh Road |
| 3 | Menlo Park, CA 94025 |
|   | Telephone: (650) 326-2400 |
| 4 | Facsimile: (650) 326-2422 |
|   | Email: arogaski@kilpatricktownsend.com |
| 5 | mmeyer@kilpatricktownsend.com |

Attorneys for Plaintiff
MEI 3D, LLC

KNOBBE MARTENS OLSEN & BEAR LLP
DAVID G. JANKOWSKI (State Bar No. 205634)
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone:   (949) 760-0404
Facsimile:    (949) 760-9502
Email:         david.jankowski@knobbe.com

Attorneys for Defendant
GUNNAR OPTIKS LLC

**IT IS SO ORDERED**
/s/ Susan Illston
Judge Susan Illston

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| MEI 3D, LLC, | CASE NO. C 13-0215-SI |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)** |
| v. | |
| GUNNAR OPTIKS LLC and DOES 1-5, INCLUSIVE | |
| Defendants. | |

It is hereby stipulated by and between Plaintiff, MEI 3D, LLC ("MEI 3D") and Defendant Gunnar Optiks LLC ("Gunnar") pursuant to Local Rule 6-1 that the time in which Gunnar may answer or otherwise respond to the Complaint in the above-referenced proceeding shall be extended to and include June 6, 2013.

///



STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 6-1)
CASE NO. C 13-0215-SI

- 1 -

1

2   DATED: May 6, 2013            Respectfully submitted,

3                                 KILPATRICK TOWNSEND & STOCKTON LLP

4

5                                 By: */s/ Matthew J. Meyer*
                                      MATTHEW J. MEYER

6                                 Attorneys for Plaintiff
                                  MEI 3D, LLC
7

8   DATED: May 6, 2013            KNOBBE MARTENS OLSEN & BEAR LLP

9

10

11                                By: */s/ David G. Jankowski*
                                      DAVID G. JANKOWSKI

12                                Attorneys for Defendant
                                  GUNNAR OPTIKS LLC
13

14

15  Filer's Attestation:  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under

16  penalty of perjury that concurrence in the filing of this document has been obtained from David G.

17  Jankowski.

18

19  DATED: May 6, 2013            Respectfully submitted,

20                                KILPATRICK TOWNSEND & STOCKTON LLP

21

22                                By: */s/ Matthew J. Meyer*
                                      MATTHEW J. MEYER
23

24                                Attorneys for Plaintiff
                                  MEI 3D, LLC

25

26

27

28



STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT
MORE THAN 30 DAYS (L.R. 6-1)                                                       - 2 -
CASE NO. C 13-0215-SI