KILPATRICK TOWNSEND & STOCKTON LLP
ANNE M. ROGASKI (State Bar No. 184754)
MATTHEW J. MEYER (State Bar No. 284578)
1080 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 326-2400
Facsimile:  (650) 326-2422
Email:      arogaski@kilpatricktownsend.com
            mmeyer@kilpatricktownsend.com

Attorneys for Plaintiff
MEI 3D, LLC

KNOBBE, MARTENS, OLSON & BEAR, LLP
CRAIG S. SUMMERS (State Bar No. 108,688)
DAVID G. JANKOWSKI (State Bar No. 205,634)
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949) 760-0404
Facsimile:  (949) 760-9502
Email:      Craig.summers@knobbe.com
            David.jankowski@knobbe.com

Attorneys for Defendant
GUNNAR OPTIKS LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEI 3D, LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>GUNNAR OPTIKS LLC and DOES 1-5, INCLUSIVE,<br><br>           Defendants. | CASE NO. C 13-0215-SI (KAW)<br><br>[PROPOSED] **JOINT STIPULATION FOR DISMISSAL** |

**WHEREAS**, Plaintiff MEI 3D, LLC ("MEI 3D") filed a Complaint for Patent Infringement on January 15, 2013 and a First Amended Complaint for Patent Infringement on June 27, 2013 against Gunnar Optiks, LLC ("Gunnar"); and

**WHEREAS**, Gunnar filed an Answer to MEI 3D's First Amended Complaint for Patent Infringement on July 15, 2013;

**IT IS HEREBY STIPULATED**, by and between counsel for MEI 3D and Gunnar, pursuant to Fed. R. Civ. P. 41(a)(1), that this action be dismissed in its entirety without prejudice, with each party to bear its own costs and attorneys' fees.

DATED: October 8, 2013        Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP

By:   */s/ Matthew J. Meyer*
ANNE M. ROGASKI
MATTHEW J. MEYER

Attorneys for Plaintiff
MEI 3D, LLC

Pursuant to L.R. 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: October 8, 2013        Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

By:   */s/ David G. Jankowski*
CRAIG S. SUMMERS
DAVID G. JANKOWSKI

Attorneys for Defendant
GUNNAR OPTIKS LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED:

The Clerk shall close this file.

DATED:   10/9   , 2013        _____
THE HONORABLE SUSAN Y. ILLSTON